## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **FRANKIE JOE BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-24-916** |
| | ) | |
| **FNU SHERRY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 19] issued by United States Magistrate Judge Chris M. Stephens. Judge Stephens recommends dismissing this action without prejudice based on Plaintiff's failure to pay the initial partial filing fee and failure to comply with the court's orders. Plaintiff filed a timely Objection [Doc. No. 19] but presents no persuasive argument or authority that would cause this Court to reject Judge Stephens' recommendation. Having reviewed the Report and Recommendation and the entirety of the case record, the Court fully concurs that this action should be dismissed without prejudice for failure to pay the initial partial filing fee and failure to comply with court orders.

Therefore, having conducted a de novo review, the Court ADOPTS the Report and Recommendation [Doc. No. 19] in its entirety. For the reasons stated therein, this action is dismissed without prejudice.

**IT IS SO ORDERED** this 31st day of December, 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE